J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No 5382
MENG ZHONG, ESQ.
State Bar No. 12145
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants, BAC
Home Loans Servicing, LP and First
Franklin Financial Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY RUPE and JOHN D. RUPE,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION; U.S. BANK, N.A.; HOME LOAN SERVICES, INC.; BANK OF AMERICA, N.A.; BANK OF AMERICA HOME LOANS; BAC HOME LOANS SERVICING, L.P.; CAL -WESTERN RECONVEYANCE CORP.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>Defendants. | Case:  2:11-cv-00166-GMN-RJJ<br><br>**BAC HOME LOANS SERVICING, L.P.  AND FIRST FRANKLIN FINANCIAL CORP.'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND** |

Defendants, BAC Home Loans Servicing, L.P. ("BAC") and First Franklin Financial Corporation ("First Franklin") (collectively, "Defendants") by and through their attorneys, Lewis and Roca LLP, and pursuant to LR 6-1 and 7-2, move the Court for an extension of time in which to file an answer or other responsive pleading to **March 15, 2011**.

Good cause exists for the present extension request.  Plaintiffs served all Defendants through certified mail (Dkt. # 4), which constitutes improper service under F.R.C.P. 4.  Seemingly, Plaintiffs relied on N.R.C.P. 5 to effectuate service by mail (Dkt. # 4, page 1), however, N.R.C.P. 5 relates to service of pleadings other than the initial complaint.  Since Plaintiffs did not serve their initial complaint and summons by personal service, service was

improper. N.R.C.P. 4.(d). As such, counsel was only recently notified of this lawsuit[1] This is the first time Defendants have requested an extension of time in this case.

Defendants attempted to resolve this matter without Court intervention. On February 28, 2011, counsel for Defendants, Meng Zhong, Esq. contacted Plaintiffs by phone to seek an extension of time in order to respond. Plaintiffs indicated they would not grant such an extension and will seek default judgment.

Unfortunately, Defendants are now required to seek the Court's intervention due to the fact that Plaintiffs refuse to agree to stipulate to an extension. Therefore, Defendants respectfully request that the Court extend the date by which Defendants must file a responsive pleading to **March 15, 2011**.

DATED this 1st day of March, 2011.

        LEWIS AND ROCA LLP

        By /s/ Meng Zhong
          J. CHRISTOPHER JORGENSEN, ESQ.
          MENG ZHONG, ESQ.
          3993 Howard Hughes Pkwy., Ste. 600
          Las Vegas, NV 89169
          Attorneys for Defendants

**IT IS SO ORDERED:**

        _/s/ Robert J. Johnston_
        U.S. MAGISTRATE JUDGE
        DATED: MARCH 2, 2011

---

[1] It is likely that Defendants will be filing a motion to strike or dismiss based in improper service.